PHILLIP A. TALBERT
United States Attorney
DENNIS L LEWIS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00059-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MATTHEW RIVERA, | DATE: June 14, 2023 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 14, 2023.

2. By this stipulation, defendant now moves to continue the status conference until August 9, 2023, at 1:00 P.M. and to exclude time between June 14, 2023, and August 9, 2023, inclusive, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case is ongoing. All discovery in the possession of the Government has been either produced directly to counsel and/or made available for inspection and copying. The Government learned of recent developments and has informed defense counsel of the same. The Government has come into possession of new

discovery and is in the process of providing copies to defense. The government will provide further discovery on the development as it becomes available.  Defense needs additional time to review the same, to engage in further discussions with the government, and to conduct further investigation. The government has not yet sent a plea offer to the defense to resolve the case.

      b)     Counsel for defendant desires additional time to consult with his client, conduct investigation, review the discovery, review possible plea offers with his client, and prepare for a possible trial.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2023 to August 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and B(ii) [Local Code T4] because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 7, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Dennis Lewis<br>DENNIS LEWIS<br>Special Assistant United States Attorney |
| Dated:  June 7, 2023 | /s/ Eric Kersten<br>ERIC KERSTEN<br>Counsel for Defendant<br>Matthew Rivera |

**ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and B(ii).

IT IS SO ORDERED.

Dated:  **June 8, 2023**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3