HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MATTHEW RIVERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00059-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| MATTHEW RIVERA, | Date: September 27, 2023<br>Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Dennis L. Lewis, Special Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Matthew Rivera, that the status conference scheduled for August 9, 2023 may be continued to September 27, 2023.

This continuance is requested to allow additional time for defense investigation, and to provide time to engage in further efforts to reach a negotiated settlement of this matter.

The parties agree that all time through the proposed September 27, 2023 status conference shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request

///

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
United States Attorney

DATED:  August 2, 2023                     /s/ *Dennis L. Lewis*
DENNIS L. LEWIS
Special Assistant United States Attorney
Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
Federal Defender

DATED:  August 2, 2023                     /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MATTHEW RIVERA

## ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **September 27, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **August 3, 2023**                   /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE