```
1  PHILLIP A. TALBERT
   United States Attorney
2  DENNIS L LEWIS
   Special Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00059-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET TRIAL AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MATTHEW RIVERA, | DATE: December 12, 2023 |
| Defendant. | COURT: Hon. U.S. District Judge Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for trial on December 12, 2023.

2. By this stipulation, the parties move to continue the trial to January 16, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to prepare for trial and pretrial motions. The parties are also continuing to discuss options for settlement. The defense has recently proposed a new and different settlement. The Government has not yet been able to fully investigate and evaluate the proposal.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2023, to January 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**REMAINDER OF PAGE LEFT INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DENNIS L LEWIS
DENNIS L LEWIS
Assistant United States Attorney

Dated:  November 6, 2023

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
MATTHEW RIVERA

IT IS SO ORDERED.

Dated:   November 6, 2023

_____
UNITED STATES DISTRICT JUDGE