1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | ERIC V. KERSTEN, #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
MATTHEW RIVERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00059-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| MATTHEW RIVERA, | Date: April 22, 2024<br>Time: 8:30 p.m. |
| Defendant. | Judge: Hon. TBD |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Dennis L. Lewis, Special Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Matthew Rivera, that the sentencing scheduled for April 8, 2024 may be continued to April 22, 2024.

This continuance is requested to allow additional time for defense investigation related to issues raised in the draft presentence investigation report. It is also requested to accommodate a scheduling conflict by defense counsel, who is also scheduled to be out of state on April 8, 2024.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: March 7, 2024

/s/ *Dennis L. Lewis*
DENNIS L. LEWIS
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 7, 2024

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MATTHEW RIVERA

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from April 8, 2024, to **April 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **March 7, 2024**                   /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

Rivera: Stipulation to Continue Sentencing                        -2-